AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Mark Karran, <br><br> *Plaintiff(s)* <br> v. <br> Fedex Ground Package System, Inc., <br> APS Transportation Inc., and <br> Albert Saraceni, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22cv3204 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Fedex Ground Package System, Inc., APS Transportation Inc., and Albert Saraceni
145-29 6th Avenue, Whitestone, NY 11357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village NY 11427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 6/1/2022

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mark Karran

CIVIL ACTION NO.: 22CV3204

vs *Plaintiff*

Fedex Ground Package System, Inc., et al

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **06/06/2022** at **6:17 PM** at **145-29 6th Avenue, Whitestone, NY 11357**

deponent served a(n) **Summons in a Civil Action and Complaint Jury Trial Demanded**

on **Albert Saraceni**,

by delivering thereat a true copy of each to **Anthony Saraceni (Father)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **145-29 6th Avenue, Whitestone, NY 11357**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **06/07/2022**

Description of Person Served:
Gender: Male
Skin: White
Hair: Bald
Age: Over 65 Yrs.
Height: Over 6'
Weight: Over 200 Lbs.
Other: Glasses

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
7th day of June, 2022

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC # 01DI4977768
COMM EXP 2/11/2023

_____
Juan D. Aguirre
License No. 2067175

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No 0761160