# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                           Fax: 718-740-2000
*Employment and Labor Lawyer*                                                  Web: www.abdulhassan.com

**August 11, 2022**

**Via ECF**

Hon. Hector Gonzalez, USDJ
United States District Court, EDNY
225 Cadman Plaza East, Courtroom: 6A
Brooklyn, New York 11201
Tel: 718-613-2520

<u>**Re: Karran v. Fedex Ground Package System, Inc. et al**</u>
     **Case No. 22-CV-03204 (HG)**
     **Request for Referral to Mediation**

Dear Judge Gonzalez:

     My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of all parties to request that the Court – subject to Your Honor's approval, refer the case to mediation through this Court's program and adjourn the August 19, 2022 conference and related deadlines to a date at least 30 days after the completion of mediation. This request is being made because the parties believe mediation would be a better use of time and resources. If the case is settled, we will promptly notify the Court.

     We thank the Court in advance for its time and consideration

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsels via ECF**

1